# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR IVAN R. V.,<br><br>             Plaintiff,<br><br>       v.<br><br>ANDREW SAUL,<br>Comm'r of Soc. Sec.,<br><br>             Defendant. | Case No. EDCV 18-1368-R (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file as well as the Report and Recommendation of U.S. Magistrate Judge. On November 12, 2019, Defendant filed objections to the R. & R. Plaintiff filed a response on November 19. Defendant's objections mostly simply repeat arguments he made in the Joint Stipulation.

The Court has determined de novo those portions of the R. & R. to which Defendant objected, and having done so, it concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that judgment be entered reversing the

1

Commissioner's decision, remanding for further proceedings, and in Plaintiff's favor.

DATED: November 22, 2019

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE